**Order entered May 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00894-CV

**ERIC DRAKE, Appellant**

**V.**

**KRISTINA KASTL, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-01374-E**

## ORDER

In an order dated April 29, 2014, the Court ordered John Warren, Dallas County Clerk, to file a sealed supplemental clerk's record containing Exhibits A-1 and A-2 that were purportedly filed under seal as attachments to the defendants' January 18, 2012 motion for summary judgment on their breach of contract counterclaim. The Dallas County Clerk's office and Vikki Ogden, Official Court Reporter for County Court at Law No. 5 of Dallas County, Texas, have informed the Court that the two exhibits cannot be located.

Accordingly, we **ORDER** the trial court to conduct a hearing and to make findings of fact regarding the following:

1.  whether Exhibits A-1 and A-2 were tendered with the defendants' January 18, 2012 motion for summary judgment;

2. if the two exhibits were tendered, whether they were filed under seal;

3. if the two exhibits were filed but have been lost, whether they are relevant to appellant's appeal and necessary to the appeal's resolution;

4. if the two exhibits are lost and are relevant and necessary, whether they can be replaced by agreement of the parties; and

5. if the parties cannot agree and the two exhibits are relevant and necessary, determine what constitutes an accurate copy of the two exhibits.

We **ORDER** the trial court to transmit a sealed supplemental clerk's record containing its written findings of fact, any orders, any supporting documentation, and a copy, if any, of the reconstructed exhibits to this Court within **THIRTY DAYS** of the date of this order. We **ORDER** Vikki Ogden, Official Court Reporter for County Court at Law No. 5 of Dallas County, Texas, to file the reporter's record from the hearing within **FORTY-FIVE** days of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order, by electronic transmission, to the Honorable Mark Greenberg, Judge of County Court at Law No. 5 of Dallas County, Texas, Ms. Ogden, John Warren, and all parties. We further **DIRECT** the Clerk of this Court to send a courtesy copy of this order, by electronic transmission, to attorney Matthew Kita.

The Court **GRANTS** appellant's May 15, 2014 motion for an extension of time to file a brief **to the extent** that the Court suspends the current deadline and will set a new deadline for appellant's brief once this appeal is reinstated.

We **ABATE** this appeal to allow the trial court to comply with the above order. The appeal will be reinstated forty-five days from the date of this order or when the supplemental

clerk's record containing the trial court's findings and the reporter's record from the hearing are received, whichever occurs sooner.

/s/     ADA BROWN
JUSTICE